**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- x

QIAN WANG
    a/k/a Sarah Wang,
TIANDE WANG,
LU YANG,
YA XU, and
ZHANGWEN CHI,
on their own behalf and on behalf of others similarly situated,

                                Plaintiffs,

                        v.

HEBEI TIANKAI FOUNDATION ENGINEERING
    TECHNICAL CO. LTD.
    d/b/a Hebei Tiankai Wood & Land
    Construction,
YINGJIE LI
    a/k/a Ying Jie Li, and
WEI WANG
    a/k/a Maggie Wang,

                                Defendants.

--------------------------------------------------------------- x

Case No. 21-cv-07194 (KAM) (TAM)

**NOTICE OF MOTION FOR DEFAULT JUDGMENT AGAINST YINGJIE LI A/K/A YING JIE LI, AND WEI WANG A/K/A MAGGIE WANG**

**PLEASE TAKE NOTICE** that upon the annexed Declaration of John Troy, sworn to on November 11, 2022, and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the undersigned shall move this Court, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza, Brooklyn, NY 11201, before the Honorable Kiyo A. Matsumoto, U.S.D.J., for an Order granting judgment by default against Individual Defendants YINGJIE LI a/k/a Ying Jie Li, and WEI WANG a/k/a Maggie Wang pursuant Fed. R. Civ. P. 55(b)(2) and Local Rule 55.2(b).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 6.1(b) of the United States District Court for the Eastern District of New York, answering papers, if any, are to be served so as to be received by the undersigned no later than fourteen (14) days prior to the return

date of the within motion once set by the Court.

Dated: Flushing, NY
November 11, 2022

> TROY LAW, PLLC
> *Attorneys for Plaintiffs*
>
> /s/ *John Troy*
> John Troy
> 41-25 Kissena Boulevard
> Suite 110
> Flushing, NY 11355
> (718) 762-1324
> troylaw@troypllc.com

2